THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS WALKER, Appellant.

Submitted October 18, 1946; decided November 21, 1946.

*Benjamin J. Jacobson* and *Joseph S. Moore* for appellant.
*Charles P. Sullivan, District Attorney, Queens County (John H. W. Krogmann* of counsel), for respondent.

Judgments reversed and indictment dismissed on the ground that there is no evidence of culpable negligence of the defendant. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.